United States District Court
Southern District of Texas
**ENTERED**
March 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANK JOSEPH SAWKA, (TDCJ #1736235) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-0089 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER OF DISMISSAL

For the reasons set forth in the court's memorandum and opinion of even date, this civil action is dismissed without prejudice for failure to exhaust available state-court remedies.

SIGNED on March 8, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge